B.H. ASSOCIATES, PLAINTIFF-APPELLANT, v. IRVING BRUD-
NER AND IRENE BRUDNER, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued May 3, 1983—Decided May 13, 1983.

Before Judges FRITZ, JOELSON and PETRELLA.

*Jerrold R. McDowell* argued the cause for appellant.

No brief was submitted on behalf of respondent.

*Frank J. Glock* argued the cause *amicus curiae* for Troy,
Limited (Glock & Spector, attorneys).

PER CURIAM.

Counsel have presented to us a stipulation of settlement
entered into by the parties to this appeal. The matter having
been settled, the appeal is hereby dismissed as moot. Accordingly, we express no view on the correctness *vel non* of the opinion
of the trial court in *B.H. Associates v. Brudner*, 185 *N.J.Super.*
403 (Cty D.Ct.1982).

Dismissed.